UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In re                                  )
BAILEY, KEVIN FLOYD                    )    Case No. 09-30566-rld7
BAILEY, JODI KAY                       )
                                       )    TRUSTEE'S OBJECTIONS TO CLAIMED
                                       )    EXEMPTIONS, **AND ORDER THEREON**
Debtor(s)                              )

    The trustee, RODOLFO CAMACHO, objects to the debtor's claim of exemption in the following property under the provisions of 11 U.S.C. Sect. 522(1) and Bankruptcy Rule 4003:

    1) B of A Checking Acct.            2) 401k

and requests an order that each be disallowed for the reason(s) that:

    1) The exemption claimed by Debtors, exceeds the that allowed by the statute.
    2) The exemption claimed by Debtors, is incorrect for the property.


DATE: March 7, 2009                         /s/ RODOLFO CAMACHO
                                            RODOLFO CAMACHO, Trustee

    IT IS ORDERED AND NOTICE IS GIVEN that the debtor's claim of exemption in the property named above will be disallowed pursuant to the trustee's objection, without further order of the court, unless within 22 days of the most recent date included in a "Clerk" stamp above, the debtor files a written request for a hearing, setting forth the specific grounds for such hearing, with the Clerk of Court (i.e., if the 5-digit portion of the Case No. begins with "3" or "4", mail to 1001 SW 5th Ave. #700, Portland OR 97204; OR, if it begins with "6" or "7", mail to 405 E 8th Ave. #2600, Eugene OR 97401), AND serves a copy on the trustee at PO Box 13897, Salem, OR 97309

###

752.20 (12/18/06)