B 6C (Official Form 6C) (12/07)

In re  Bailey, Kevin Floyd & Bailey, Jodi Kay    ,          Case No.  09-30566-rld7
              Debtor                                                              (If known)

# AMENDED SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:    ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                       $136,875.
☐  11 U.S.C. § 522(b)(2)
☑  11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| SCHEDULE B - PERSONAL PROPERTY | | | |
| Bank of America Checking Account | ARS § 33-1126A(9) | 300.00 | 250.00 |
| Household goods and furnishings | ARS § 33-1123 | 8,000.00 | 1,000.00 |
| Clothing and jewelry | ARS § 33-1125(1) | 1,000.00 | 1,000.00 |
| 401k | ARS § 33-1126B | 5,000.00 | 5,000.00 |
| Net wages owed day of filing | ARS § 33-1131(B) | 675.00 | 900.00 |
| 1991 Ford Mustang | ARS § 33-1125(8) | 3,500.00 | 3,500.00 |